UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BARBARA VAN OSDOL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 1:16-cv-2838 |
| | ) |
| UNUM LIFE INSURANCE COMPANY OF | ) |
| AMERICA and CLARIAN HEALTH | ) |
| PARTNERS, INC., A MEMBER OF VHA | ) |
| CENTRAL, INC., | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

The Plaintiff, Barbara Van Osdol, by and through the undersigned counsel, Bridget O'Ryan, files this Complaint against Unum Life Insurance Company of America ("Unum"), and Clarian Health Partners, Inc., A Member of VHA Central, Inc, ("the Plan"), as cause therefore states as follows:

### I. JURISDICTION AND VENUE

1. This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1001. The Court has jurisdiction of this case pursuant to 28 U.S.C. §1331, in that this action arises under the laws of the United States. Specifically, Barbara Van Osdol brings this action to enforce her rights under ERISA as authorized by 29 U.S.C. §1132.

2. Barbara Van Osdol is a resident of Indianapolis, Indiana and a citizen of the State of Indiana.

3. Ms. Van Osdol was formerly a Licensed Practical Nurse with Clarian Health Partners, Inc.

4. As an employee of Clarian Health Partners, Inc., Ms. Van Osdol was a participant in the Clarian Health Partners, Inc., a member of VHA Central, Inc. Short Term Disability Plan.

5. The Short Term Disability Plan for Clarian Health is an employee benefit plan that pays short term disability benefits to employees who become disabled.

6. UNUM is the claims administrator for the Short Term Disability Plan for Clarian Health.

7. Venue is proper in the Southern District of Indiana by virtue of the Plan being administered in this District.

## II. FACTUAL ALLEGATIONS

8. Ms. Van Osdol began her employment with Clarian Health in March 2000.

9. Ms. Van Osdol was forced to leave her position in January 2015, due to sciatica, migraine headaches and fibromyalgia.

10. When she became disabled, Ms. Van Osdol applied for short term disability benefits. UNUM denied her short term disability benefits claim in correspondence dated March 5, 2015. When UNUM denied Ms. Van Osdol's claim for short term disability benefits, Ms. Van Osdol appealed Unum's decision on April 28, 2015, which UNUM denied on July 27, 2015.

11. Ms. Van Osdol has provided significant medical proof of her disability from her treating physicians, who have opined that Ms. Jeffries is unable to perform her occupation as a Licensed Practical Nurse due to her medical conditions.

## III. CLAIM FOR RELIEF
## WRONGFUL DENIAL OF EMPLOYEE BENEFITS

12. Paragraphs 1-11 are hereby realleged and incorporated herein by reference.

13. From January 12, 2015, when Barbara Van Osdol was forced to leave active employment, until the present, Ms. Van Osdol remains unable to perform the material duties of her own occupation.

14. Ms. Van Osdol provided the Defendant with ample medical evidence to establish her disability under the terms of the Clarian Health Short Term Disability Plan.

15. The Defendant has intentionally and without reasonable justification refused to pay Ms. Van Osdol's short term disability benefits in violation of the Plan and ERISA.

WHEREFORE, the Plaintiff, Barbara Van Osdol, requests that this Honorable Court enter Judgment:

A. Ordering the Defendant to pay the past due benefits.

B. Awarding the Plaintiff interest on the amount of back benefits which remain unpaid.

C. Awarding interest on the unpaid back benefits.

D. Awarding the Plaintiff reasonable reimbursement for attorneys' fees and costs incurred as a result of the Defendant's wrongful denial of benefits.

E. Awarding all other relief as may be just and appropriate.

Respectfully Submitted,

s/Bridget O'Ryan
Bridget O'Ryan
Attorney for Barbara Van Osdol
O'Ryan Law Firm
1901 Broad Ripple Avenue
Indianapolis, IN 46220
(317) 255-1000
Fax: (317) 255-1006
boryan@oryanlawfirm.com